IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN OSCAR CAPETILLO, | § | |
| individually and on behalf of all | § | |
| others similarly situated, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-2000 |
| | § | |
| STREAMLINE MANUFACTURING, | § | |
| INC., *et al.*, | § | |
|     Defendants. | § | |

## CONDITIONAL DISMISSAL ORDER

Having been informed that a settlement has been reached in this case, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **April 30, 2015** that the settlement could not be completely documented. It is further

**ORDERED** that the docket call in this case currently set for February 23, 2015 at 10:00 a.m. and the three-day jury trial in this case currently set to begin on March 3, 2015 are **cancelled**.

SIGNED at Houston, Texas this **18th** day of **February, 2015.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2013\2000Conditional.wpd   150218.1048